No. 914. UNITED STATES *v.* RAINES ET AL. Appeal from the United States District Court for the Middle District of Georgia. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Attorney General Rogers, Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for the United States. ▮

No. 989, Misc. STARKWEATHER *v.* GREENHOLTZ, ACT-ING WARDEN. Motion for leave to withdraw petition for rehearing because of mootness granted. *James J. Laughlin* for petitioner.

No. 919, Misc. CONWAY *v.* DICKSON, WARDEN;
No. 924, Misc. BRINSON *v.* WILKINSON, WARDEN;
No. 934, Misc. ODELL *v.* BURKE, WARDEN;
No. 938, Misc. UNITED STATES EX REL. CUOMO *v.* FAY, WARDEN;
No. 947, Misc. GILSON *v.* KEENAN, WARDEN, ET AL.; and
No. 948, Misc. TRIANTAFILLOS *v.* CLEMMER ET AL. Motions for leave to file petitions for writs of habeas corpus denied.